TURNELL & BEARDEN *v.* McHAN.

SIMMONS, C. J.    Prior to the act of December 20, 1899 (Acts 1899, p. 47), the widow's claim for a year's support out of the crops made by her husband on rented land was superior to the special lien of the landlord for rent. Since the passage of that act the law on this subject has been different.
*Judgment affirmed.    All the Justices concurring, except Fish, J., absent.*

Argued May 17, —Decided June 7, 1900.

Year's support—appeal.    Before Judge Hart.    Morgan superior court.    August 25, 1899.

*Foster & Butler*, for plaintiff in error.
*W. R. Mustin*, contra.

---

GORDON *v.* GORDON.

SIMMONS, C. J. . There was no error in the admission of evidence ; and the charges requested which the court refused did not, except as covered by the general charge, embrace correct legal propositions.    Two successive juries have found in favor of a divorce of the parties ; the trial judge was satisfied with the verdict, and, there being some evidence to sustain it, this court will not interfere with his direction in refusing to grant a new trial on the ground that the verdict was contrary to law and the evidence.
*Judgment affirmed.    All the Justices concurring, except Fish, J., absent.*

Submitted May 17, — Decided June 7, 1900.

Libel for divorce.    Before Judge Hart.    Greene superior court.    August term, 1899.

*J. P. Brown*, for plaintiff. in error.    *S. H. Sibley*, contra.